# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Julie Baumiller, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF RECUSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| United States of America d/b/a General Services Administration, and LDG-CNV, LLC, | ) ) ) | Case No.: 1:23-cv-016 |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 455(a), the undersigned recuses himself from hearing or determining any further proceeding in this case.

**IT IS SO ORDERED.**

Dated this 21st day of July, 2023.

                                                 */s/ Clare R. Hochhalter*
                                                 Clare R. Hochhalter, Magistrate Judge
                                                 United States District Court